**Roscoe DICKEY, Plaintiff-Appellant,**
v.
**SOUTHERN RAILWAY COMPANY, Defendant-Appellee.**
No. 71–2134
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.
Sept. 22, 1971.

W. B. Mitchell, Forsyth, Ga., for plaintiff-appellant.

Joseph H. Davis, Macon, Ga., for defendant-appellee; Harris, Russell & Watkins, Macon, Ga., of counsel.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:
Affirmed. See Local Rule 21.[1]